UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRAIG E. RICHARDSON | CIVIL ACTION |
| VERSUS | NO. 19-10926 |
| PLAQUEMINES PARISH DETENTION CENTER, ET AL. | SECTION "R" (4) |

# ORDER

Plaintiff's complaint under 42 U.S.C. § 1983 was referred to Magistrate Judge Karen Wells Roby for a Report and Recommendation ("R&R") and to conduct an evidentiary hearing if necessary. Magistrate Judge Roby determined that no hearing was necessary and, upon *sua sponte* review for frivolousness under 28 U.S.C. § 1915(e)(2) and § 1915A and 42 U.S.C. § 1997e(c), recommended dismissal of plaintiff's claims as frivolous and otherwise without merit.[1] Magistrate Judge Roby also recommended dismissal of defendants CorrectHealth Plaquemines, LLC and Annette Logdon's motion to dismiss as moot in light of the frivolousness recommendation.[2] Plaintiff did not object to the R&R. Therefore, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need

---

[1] R. Doc. 21 at 1, 12-13.
[2] *Id.* at 12.

only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge Roby's R&R as its opinion.

Accordingly, the Court orders the plaintiff's complaint DISMISSED WITH PREJUDICE as to all defendants. The motion to dismiss by defendants CorrectHealth Plaquemines, LLC and Annette Logdon is DISMISSED as moot.

New Orleans, Louisiana, this __1st__ day of September, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE